IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANDREW DAVID WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:13CV122 |
| ) | |
| DUANE TERRELL, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 2, 2014, was served on the parties in this action. Petitioner objected to the Recommendation. [Doc. # 11.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss [Doc. # 5] is GRANTED, that the Petition [Doc. ## 1, 2] is DISMISSED, and that this action is DISMISSED. A Judgment will be entered contemporaneously with this Order.

United States District Judge

Date: May 22, 2014